**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Transatlantic, LLC ,**

    **Plaintiff**

**V**                                          **CV: 8:13-cv-01925-JSM-TBM**

**Humana, Inc.**
**Humana Medical Plan, Inc.**
**PCA Health Plans of Florida, Inc.**
**PCA Family Health Plan, Inc.,**
**Humana Health Insurance Company of Florida, Inc.**
**Humana Insurance Company,**
**Employers Health Insurance Company,**
**PCA Life Insurance Company,**

    **Defendants**    /

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff Transatlantic, LLC's request for a Temporary Restraining Order against Defendants. (Dkt. 3) The Court held an emergency hearing on this matter on July 26, 2013 and determined that it lacks sufficient information to resolve this matter.  The Court has therefore set another hearing to be held on August 1, 2013, at 12 p.m.  Until this matter is fully resolved, the Court finds it necessary that the status quo be preserved in this case. Accordingly, consistent with the directives issued at the hearing before this Court on July 26, 2013, and based on stipulation of the parties, it is hereby **ORDERED** as follows:

1

1. Defendants Humana shall not undertake any actions to consummate any previous discussions or understandings with or have contact with Plaintiff's Downstream Physician Groups, employees of such groups and the patients of same in this matter, except as specified below.

2. Defendants Humana shall take no further steps or actions toward the transfer or solicitation of Transatlantic's downstream Physician Groups, employees of such groups and patients of such groups. Defendants Humana shall have no contact with same except as specified below.

3. Defendants Humana shall on or before Monday, July 29, 2013 by 10 a.m. fax a copy of this order to each of Transatlantic's Physician Groups.

4. For purposes of this order Defendants Humana includes its Officers, agents, servants, employees and attorneys and any other persons who are in active concert with the foregoing.

**DONE and ORDERED** in Tampa, Florida, on this 26th day of July, 2013

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record
Any Unrepresented Parties