UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRANSATLANTIC, LLC,

    Plaintiff,

v.                                                                  CASE NO.  8:13-CV-1925-T-17TBM

HUMANA, INC., et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 65   Motion for Leave to File Third Amended Complaint
            To Add Trinity Physicians, LLC as Party Plaintiff
Dkt. 67   Opposition
Dkt. 83   Joint Motion to Extend Time to File Third
             Amended Complaint
Dkt. 84   Motion for Daniel F. Pilka, Joel Haber and Law Office
            of Joel Haber to Withdraw as Counsel
Dkt. 85   Motion to Vacate Scheduling Order

       The Court ruled on Defendants' Motion to Dismiss Second Amended Complaint on September 30, 2014, granting leave to file a Third Amended Complaint by October 15, 2014 (Dkt. 82).   A mediation conference was scheduled for October 30, 2014.  On October 8, 2014, the parties jointly sought leave to extend time to file the Third Amended Complaint to October 30, 2014, to file a responsive pleading to November 30, 2014, to extend time to file a brief as to Counts I-IV to November 10, 2014, 2014, and to extend the time for response to December 1, 2014.

Case No. 8:13-CV-1925-T-17TBM

On October 22, 2014, Plaintiff's counsel moved to withdraw.  Plaintiff Transatlantic, LLC is a business entity which must be represented by counsel admitted to practice in the Court, pursuant to Local Rule 2.03(e).   Although Plaintiff's counsel has advised Plaintiff that counsel intends to withdraw, new counsel has not filed a Notice of Appearance to date.

On October 24, 2014, Defendants moved to vacate the case management and scheduling order (Dkt. 52), in that Defendants cannot comply with the discovery cutoff of November 1, 2014 and dispositive motion deadline of December 1, 2014.

I.  Discussion

A.  Motion for Leave to Amend to Add Trinity Physicians, LLC as Party Plaintiff

The case management and scheduling order (Dkt. 52) set a deadline of December 17, 2013.  Plaintiff has not established good cause for seeking to join parties after that date.  After consideration, the Court **denies** Plaintiff's Motion for Leave to Amend to Add Trinity Physicians, LLC.

B.  Joint Motion to Extend Time to File Third Amended Complaint

The parties sought leave to extend the deadlines for filing set by the Court based on the scheduled mediation.  The mediation conference did not take place since Plaintiff's counsel moved to withdraw before the scheduled conference.   After consideration, the Court **denies** the Joint Motion to Extend Time as moot.

C.  Motion to Withdraw as Counsel

Counsel for Plaintiffs, Daniel F. Pilka, Dixie T. Brady, Pilka & Associates, P.A.,

Case No. 8:13-CV-1925-T-17TBM

Kenneth Joel Haber and Law Office of Kenneth Joel Haber, P.A. have moved to withdraw as counsel due to irreconcilable differences. To date, new counsel has not appeared in this case on behalf of Plaintiff Transatlantic, LLC.

Local Rule 2.03(e) provides that a corporation may appear and be heard only through counsel admitted to practice in the Court; this Rule has been extended to limited liability companies and other business entities. Plaintiff has been on notice of the Motion to Withdraw of Plaintiff's counsel for over sixty days, but no other counsel has appeared for Plaintiff.

The currently scheduled pretrial conference date and trial date remain as scheduled in the case management and scheduling order. The Court will extend the time for Plaintiff to obtain new counsel for **ten days** from the date of this Order. If new counsel has not appeared within that time, **this case will be dismissed for failure to prosecute**. The Court will **defer ruling** on the Motion to Withdraw for ten days from the date of this Order. The Court **directs** Plaintiff's counsel to provide a copy of this Order to Plaintiff, and to file a Notice of Compliance.

D. Motion to Vacate Case Management and Scheduling Order

The case management and scheduling order remains in effect. When new counsel for Plaintiff appears, the Court will evaluate the schedule for this case. After consideration, the Court **denies** the Motion to Vacate Case Management and Scheduling Order without prejudice.

Case No. 8:13-CV-1925-T-17TBM

      **DONE and ORDERED** in Chambers, in Tampa, Florida on this 14th day of January, 2015.

*[Signature]*

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record